**SEALED**

**FILED**

**DEC 12 2013**

CLERK, U.S. DISTRICT C...
EASTERN DISTRICT OF CA...
BY _____

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF Information associated with the following email account that is stored at premises controlled by Yahoo! Inc.:<br><br>feliciagitmed@yahoo.com | Case No. 1:13 SW 309 BAM<br><br>**Filed Under Seal** |

## ORDER

The United States has submitted an application pursuant to 18 U.S.C. § 2705(b), requesting that the Court issue an Order commanding Yahoo! Inc. ("Yahoo!") an electronic communication service provider and/or a remote computing service, not to notify any person (including the subscribers and customers of the account(s) listed in the warrant of the existence of the attached warrant until further order of the Court.

The Court determines that there is reason to believe that notification of the existence of the attached warrant will seriously jeopardize the investigation or unduly delay a trial including by giving targets an opportunity to flee, destroy or tamper with evidence, or change patterns of behavior. *See* 18 U.S.C. § 2705(b).

IT IS THEREFORE ORDERED under 18 U.S.C. § 2705(b) that Yahoo! shall not disclose the existence of the attached warrant, or this Order of the Court, to the listed subscriber or to any other person, unless and until otherwise authorized to do so by the Court, except that Yahoo! may disclose the attached warrant to an attorney for Yahoo! for the purpose of receiving legal advice.

//

//

*feliciasjtmed@yahoo.com*

IT IS FURTHER ORDERED that the application and this Order are sealed until otherwise ordered by the Court.

12/12/13
Date

Barbara A. McAuliffe
United States Magistrate Judge