BENJAMIN B. WAGNER
United States Attorney
MICHAEL G. TIERNEY
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for United States of America

FILED
SEP 05 2014
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
     DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

In the Matter of the Search of:

Information associated with the following email account that is stored at premises controlled by Yahoo! Inc.:
Feliciagitmed@yahoo.com

Information associated with the following accounts that are stored at premises controlled by Google Inc.:
LasVegasConfidenceco@gmail.com, (702) 518-7670, (424) 260-7550

CASE NO. 1:13-SW-00309-BAM;
1:13-SW-00310-BAM

ORDER UNSEALING SEARCH WARRANT AFFIDAVIT AND SEARCH WARRANT

The search warrant affidavit and warrant in this case having been sealed on December 12, 2013 (Search Warrants 1:13-SW-00309 and 1:13-SW-00310), appearing that the affidavits and warrants are not required to remain secret based upon the motion submitted by the United States,

IT IS HEREBY ORDERED that the search warrant affidavit and warrant be unsealed and made public record.

Dated: September 5, 2014

Stanley A. Boone
UNITED STATES MAGISTRATE JUDGE

1